UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   John M Horsky<br>   Kathleen M Horsky<br>         Debtor(s) | Case No. 10 B 05609 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2010.

2) The plan was confirmed on 04/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/11/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/08/2014, 04/17/2014.

5) The case was Dismissed on 05/20/2014.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $61,014.43 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $61,014.43

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,806.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,845.72 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,652.22

Attorney fees paid and disclosed by debtor:　　$0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 1,026.00 | 1,026.00 | 1,026.00 | 65.35 | 0.00 |
| Advance America | Unsecured | 1,694.00 | NA | NA | 0.00 | 0.00 |
| AIS Services | Unsecured | 490.00 | 490.00 | 490.00 | 28.72 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 325.00 | 880.01 | 880.01 | 58.54 | 0.00 |
| Anesthesiologist Office | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,900.00 | 1,951.78 | 1,951.78 | 129.83 | 0.00 |
| Asset Acceptance | Unsecured | 344.00 | 335.68 | 335.68 | 17.73 | 0.00 |
| Capital One | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Century Ear Nose & Throat | Unsecured | 65.50 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 309.76 | NA | NA | 0.00 | 0.00 |
| Community State Bank | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Cyber Collection | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Dr Michael McChill | Unsecured | 993.00 | NA | NA | 0.00 | 0.00 |
| Dr Thomas Krull | Unsecured | 1,377.00 | NA | NA | 0.00 | 0.00 |
| Fast Cash Advance | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| First Consumers National Bank | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 2,478.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone Ltd | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | 832.00 | 1,010.56 | 1,010.56 | 64.36 | 0.00 |
| Illinois Collection Service | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 2,327.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 1,061.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Secured | 2,403.83 | 2,403.83 | 2,403.83 | 2,403.83 | 118.41 |
| Illinois Tollway | Unsecured | 9,770.00 | 55,902.60 | 55,902.60 | 3,718.29 | 0.00 |
| IMH Laboratory Physicians SC | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Insta Cash | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Jennifer P Koch DMD | Unsecured | 188.40 | NA | NA | 0.00 | 0.00 |
| Joliet Furniture Mart | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 73.00 | 73.05 | 73.05 | 0.00 | 0.00 |
| Loyola University & Hospital | Unsecured | 4,862.00 | NA | NA | 0.00 | 0.00 |
| LTS Managment Services | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Nationalpayday.Com | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 388.72 | 1,458.56 | 1,458.56 | 92.90 | 0.00 |
| Pay Day Loans | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| Payday OK | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 639.00 | 610.94 | 610.94 | 35.81 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 859.77 | 985.88 | 985.88 | 62.79 | 0.00 |
| Premier Bankcard | Unsecured | 404.00 | 404.68 | 404.68 | 26.92 | 0.00 |
| Quick Payday | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 3,518.85 | 3,518.85 | 234.07 | 0.00 |
| Resurgent Capital Services | Unsecured | 687.00 | 862.60 | 862.60 | 57.38 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| ROI Services Inc | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 2,890.00 | NA | NA | 0.00 | 0.00 |
| S Wadhwani | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 290.00 | 290.02 | 290.02 | 16.99 | 0.00 |
| Springleaf Financial Services | Unsecured | 2,198.08 | 2,198.08 | 2,198.08 | 146.21 | 0.00 |
| Sprint Nextel | Unsecured | 828.00 | 828.88 | 828.88 | 55.14 | 0.00 |
| Systems & Services Technologies | Unsecured | 4,300.00 | NA | NA | 0.00 | 0.00 |
| Tinley Park Chiropractice | Unsecured | 3,380.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TruComm | Unsecured | 368.66 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| Universal Lenders Inc | Unsecured | 4,576.24 | 5,197.38 | 5,197.38 | 345.72 | 0.00 |
| University Head And Neck Assoc | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| USA Payday Loans | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 114,898.30 | 94,485.86 | 94,485.86 | 36,732.54 | 0.00 |
| Wells Fargo Bank NA | Secured | 114,898.30 | 9,950.68 | 9,950.68 | 9,950.68 | 0.00 |
| West Asset Management | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Wood Forest National Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Worldwide Asset Purchasing LLC | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| Worldwide Cash Now | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $94,485.86 | $36,732.54 | $0.00 |
| Mortgage Arrearage | $9,950.68 | $9,950.68 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,403.83 | $2,403.83 | $118.41 |
| **TOTAL SECURED:** | **$106,840.37** | **$49,087.05** | **$118.41** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$78,025.55** | **$5,156.75** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,652.22 |
| Disbursements to Creditors | $54,362.21 |
| **TOTAL DISBURSEMENTS** : | **$61,014.43** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/17/2014                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**